

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00733-CV

B. Andrew **GAME** DMD, LLC and Bryan A. Game,
Appellants

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06878
Honorable Cathleen M. Stryker, Judge Presiding

# C O R R E C T E D   O R D E R

The reporter's record was due on December 1, 2022.  *See* TEX. R. APP. P. 35.1(c).  On the due date, court reporter Mary Scopas advised this court that Appellant has not yet paid for the record.

We order Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's record has been requested and arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision."  *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order.  *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court